UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | **CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE** |
| -against- | -CR-    (  ) (  ) |
| ROBERTO RAMOS III, | 20mj13045 |
| Defendant(s). |  |

-----------------------------------------------------------------X

Defendant __Roberto Ramos III_____ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

_X_    Initial Appearance Before a Judicial Officer

___    Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Bail/Detention Hearing

___    Conference Before a Judicial Officer


_/s/ Roberto Ramos III_____                    _____[signature]_____
Defendant's Signature                              Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

___Roberto Ramos III_____                    ___Jason Ser_____
Print Defendant's Name                             Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

_12/9/2020_____                                ___Judith C. McCarthy_____
Date                                               U.S. District Judge/U.S. Magistrate Judge