# UNITED STATES DISTRICT COURT
## THE CHARLES L. BRIEANT, JR.
FEDERAL BUILDING AND UNITED STATES COURTHOUSE
3OO QUARROPAS ST.
WHITE PLAINS, NEW YORK 10601
914-390-4251

Chambers of
**Hon, Paul E. Davison**
United States Magistrate Judge

United States District Court
Southern District of New York

--------------------------------------------------------X

United States of America,

|  |  |
|---|---|
| Plaintiff | **SCHEDULING ORDER** |
| -against- | 7:20-mj-13045 |

Roberto Ramos III

Defendant

--------------------------------------------------------X

| USDC SDNY |
|---|
| Document |
| Electronically Filed |
| Doc # _____ |
| Date Filed:  August 20, 2021 |

TO ALL PARTIES:

The Court has scheduled a arraignment/plea hearing for 8/23/2021 at  12:30 pm  before Magistrate Judge Paul E. Davison. The Court expects to conduct the proceeding in person at the Hon. Charles L. Brieant, Jr., Courthouse, 300 Quarropas Street, Courtroom 420, White Plains, NY 10601.

      Per the SDNY COVID-19 Courthouse Entry Program, anyone who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken.  The questionnaire is located on the Court's website at https://nysd.uscourts.gov/sites/default/files/2020-10/QR%20Sign%20-%20Public_Media_v.5.pdf

Dated:  8/20/2021
      White Plains, New York

                        SO ORDERED:

                        s/      PED
                        _____

                        PAUL E. DAVISON
                        United States Magistrate Judge